UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMETHYST KELLY, professionally known as IGGY AZALEA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PRIMCO MANAGEMENT, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. CV-14-7263-BRO-SH<br>Hon. Beverly Reid O'Connell<br><br>**ORDER APPROVING CONSENT DECREE**<br><br>Action Filed:　September 17, 2014<br>Trial Date:　　None |

　　　UPON REVIEW BY THE COURT of the [Proposed] Consent Decree attached hereto as Exhibit "A" presented by the parties, and good cause appearing therefore,

　　　IT IS ORDERED AND ADJUDGED that the [Proposed] Consent Decree reflects a reasonable and fair settlement of the controversy presented and, as such, the interests of all parties will be best preserved by the Court's approval thereof.

/ / /

/ / /

/ / /

/ / /

/ / /

4420.060/854057.1

1  THEREFORE, the attached [Proposed] Consent Decree is approved by and
2 shall be the Order of this Court.
3  IT IS SO ORDERED.
4
5 Dated: __February 5__, 2015                    _____
                                                  Hon. Beverly Reid O'Connell
6                                                 United States District Court Judge

# EXHIBIT "A"

SHOWALTER LAW FIRM
DAVID W. SHOWALTER,
TEXAS STATE BAR NO. 18306500
1117 FM 359, SUITE 200
RICHMOND, TEXAS 77406
TELEPHONE: (281) 341-5577
FACSIMILE: (281) 762-6872
david@showalterlaw.com
Attorneys for PRIMCO MANAGEMENT, INC.,
ESMG, INC., and TOP SAIL PRODUCTIONS, LLC

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| AMETHYST KELLY, Professionally Known As IGGY AZALEA<br>　　　　Plaintiff,<br>vs.<br>PRIMCO MANAGEMENT, INC. et al.,<br>　　　　Defendants | Case No.: CV-14-7263-BRO-SH<br>Hon. Beverly Reid O'Connell<br><br>**CONSENT DECREE** |

　　　Plaintiff Amethyst Kelly, professionally known as Iggy Azalea ("Plaintiff'), on the one hand, and on the other hand defendants Primco Management, Inc., a Delaware corporation, ESMG Inc. a Nevada corporation, and Top Sail Productions, LLC, a California limited liability company (individually and collectively, "Primco Defendants") (collectively, the "Parties"), agree that the following Consent Decree shall be submitted for approval by the above-entitled Court to resolve the issues being litigated in the above-entitled action between the Primco Defendants and Plaintiff. The parties agree to the following provisions:

1

C:\Users\administrator.DOMAIN4\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\W57HGYC3\Agreed Consent Decree (2).docx
2/2/2015

1     WHEREAS, without any admission of liability or fault by any party, the parties recognize that Plaintiff in her complaint and in discussions between counsel has raised factual and legal issues as to whether the Primco Defendants have rights in certain intellectual property by virtue of an agreement between Plaintiff and Williams (as hereinafter defined) allegedly signed February 16, 2009 (the "2009 Agreement"), which agreement was purportedly assigned to one or more of the Primco Defendants by Williams; and

    WHEREAS, Plaintiff disputes the validity of the 2009 Agreement; and

    WHEREAS, the Primco Defendants have no interest in exploiting or seeking to enforce against Plaintiff any rights now or in the future which arise by, through or under the 2009 Agreement; and

    WHEREAS, the parties wish to avoid the costs of litigating such factual and legal issues and any potential liabilities that may result from such litigation;

    NOW, THEREFORE, the parties agree as follows:

    1. The Primco Defendants, unless express written consent is hereafter provided by Plaintiff or those authorized by Plaintiff, agree that they shall not hereafter act in any manner in reference to:

    a.     Hosting, linking to, showing, attempting to sell, causing to be sold, permitting any other individual or entity to sell, copying, reproducing, publishing, disseminating, distributing, circulating, promoting, marketing, advertising, making available for download, streaming, or making any other use of unauthorized derivative works of any sound recordings of Plaintiff that Plaintiff has not previously released to the public, including, but not limited to, the EP titled in *Inizio* and any recording ever advertised as being on the *Inizio* EP;

C:\Users\administrator.DOMAIN4\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\W57HGYC3\Agreed Consent Decree (2).docx
2/2/2015

    b.    Using in commerce any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's registered IGGY AZALEA™ trademark in connection with the sale, offering for sale, distribution, or advertising of any goods or services;

    c.    Exploiting plaintiff's name, likeness or identity in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods, or services and,

    d.    Exploiting or attempting to exploit any rights derived from the 2009 Agreement.

    2.    In consideration of the foregoing agreements by the Primco Defendants and their faithful performance of said agreements, Plaintiff and those who may claim by through or under Plaintiff, hereby releases Primco Management, Inc., a Delaware corporation, ESMG Inc. a Nevada corporation, and Top Sail Productions, LLC and their principals, officers, shareholders, agents, attorneys, managers, directors, officers, subsidiaries, and parent companies, from any and all liabilities arising from or related to the matters alleged in plaintiff's complaint herein, provided that this release does not include defendant Maurice Williams a/k/a Maurice Lasel a/k/a Nuwine a/k/a Wine-0- a/k/a Jefe Wine a/k/a Hefe Wine, doing business as "Wine Enterprises, Inc.," aka "wine enterprises inc.,"aka "Wine Enterprises, LLC" a/k/a Enzo Weinberg ("Williams") or any non-party to this Consent Degree with or through which Williams has done business.

    3.    The Court has vacated the Clerk's Notice of Default (Doc. 15) and denied as moot Plaintiff's Motion for Formal Decree Pro Confesso (Doc. 20). The parties agree to file such other and further documents as may be reasonably required to effectuate the intent of this Consent decree, including an agreed judgment dismissing the Primco Defendants with prejudice with each party to bear her or its own attorney fees and costs incurred herein.

3

C:\Users\administrator.DOMAIN4\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\W57HGYC3\Agreed Consent Decree (2).docx
2/2/2015

4. The Court shall retain jurisdiction over the parties for purposes of enforcing this Consent Decree. The prevailing party in any proceeding to enforce this Consent Decree shall be entitled to recover her or its costs and reasonable attorney fees incurred therein.

5. The parties shall each bear her or its own attorney fees and costs incurred herein as of the date of entry of the Court's approval of this Consent Decree.

SIGNED AND ENTERED ____February 5____ 2015.

_____
Hon. Beverly Reid O'Connell
Presiding

AGREED AS TO FORM AND CONTENT
KING, HOLMES, PATERNO & BERLINER, LLP

__/s/_____
Howard E. King, Esq,
California State Bar No. 77012
King@KHPBLAW.COM
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067-4506
Telephone: (310) 282-8989
Facsimile: (310) 282-8903

Attorneys for Plaintiff and Cross Defendant
Amethyst Kelly professionally known as Iggy Azalea

SHOWALTER LAW FIRM

__/s/_____
David W. Showalter
Texas State Bar No. 18306500
david@showalterlaw.com
1117 FM 359 Suite 200
Richmond, Texas 77406

4

1  Telephone: (281) 341-5577
   Facsimile: (281) 762-6872
2
3  Attorneys for Defendants
   Primco Management, Inc.,
4  ESMG Inc., and
   Top Sail Productions, LLC
5