1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| 11<br>12 | AMETHYST KELLY, professionally<br>known as IGGY AZALEA,<br><br>Plaintiff, | CASE NO. CV-14-7263-BRO-SH<br>Hon. Beverly Reid O'Connell<br><br>**JUDGMENT** |
|---|---|---|
| 13<br>14<br>15 | vs.<br><br>PRIMCO MANAGEMENT, INC., et<br>al., | Action Filed:   September 17, 2014<br>Trial Date:     None |
| 16 | Defendants. | |
| 17<br>18 | AND RELATED CROSS-ACTION | |

19        IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to the

20  stipulation of the parties and the Consent Decree entered herein on February 5, 2015

21  (the "Consent Decree"), that the First Amended Complaint of plaintiff Amethyst

22  Kelly is hereby dismissed, with prejudice, against the following defendants only:

23        Primco Management, Inc., a Delaware corporation, ESMG Inc., a Nevada

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  corporation, and Top Sail Productions, LLC, a California limited liability company.

2       The Consent Decree shall remain in full force and effect.

3       Each party shall bear her or its own attorney fees and costs incurred herein.

Dated:  March 25, 2015

Beverly Reid O'Connell
Judge of the United States District Court