LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-07263 BRO (SHx) | Date | April 2, 2015 |
|---|---|---|---|
| Title | Amethyst Kelly v. Primco Management, Inc et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL**

| Renee Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None   None

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution as to defendant Maurice Williams also known as Maurice Lasel also known as Nuwine also known as Wine-O also known as Jefe Wine also known as Hefe Wine doing business as Wine Enterprises, Inc. also known as wineenterprises inc. also known as Enzo Weinberg also known as Enzo Valido Weinberg. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Defendant Maurice Williams also known as Maurice Lasel also known as Nuwine also known as Wine-O also known as Jefe Wine also known as Hefe Wine doing business as Wine Enterprises, Inc. also known as wineenterprises inc. also known as Enzo Weinberg also known as Enzo Valido Weinberg did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action as to this defendant.

IT IS SO ORDERED.